JACOB KAPLAN, PLAINTIFF-RESPONDENT, v. JACK EPSTEIN, TRADING AS CENTURY CONSTRUCTION COMPANY, DEFENDANT-APPELLANT.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellant, *Harry Kay*.

For the respondent, *Goldberg & Goldberg*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons set forth in the opinion delivered *per curiam* by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   13.

*For reversal*—None.